| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| R. Grace Rodriguez, Esq.<br>Law Offices of R. Grace Rodriguez<br>21000 Devonshire Street, Suite 111<br>Chatsworth, CA 91311<br>(818) 734-7223 Fax: (818) 338-5821<br>California State Bar Number: 196657 CA<br>ECF2@LORGR.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Hector Salcedo | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Hector Salcedo<br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-BK-10415-NB<br>CHAPTER: 13<br><br>**MOTION TO TERMINATE LOAN MODIFICATION MANAGEMENT PROGRAM** |
|---|---|

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

1. Hector Salcedo _____ ("Movant") hereby requests the termination of the Loan Modification Management Program in this case, and in support for said request states as follows:

2. On 03/26/2018 *(date)*, the court entered an order granting the Motion for Loan Modification Management (Docket # 19 ).

3. [Insert reasons for requesting termination of LMM]

   After filing of the motion, the Debtor experienced financial hardships based upon tenants not paying rent, and experienced additional unexpected financial challenges when his girlfriend was unable to work due to a difficult pregnancy. Debtor lacks the funds to pay the Program Management Fee. Debtor lacks the funds to proceed with the Program and is contemplating dismissing his Chapter 13 Bankruptcy.

**WHEREFORE**, Movant requests that the court issue an order terminating the LMM.

Date:  05/07/2018

Respectfully submitted,

The Law Offices of R. Grace Rodriguez
Printed name of law firm

Signature

Hector Salcedo
Printed name of Debtor/trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21000 Devonshire Street, Suite 111, Chatsworth, CA 91311**

A true and correct copy of the foregoing document entitled (*specify*):   **MOTION TO TERMINATE LOAN MODIFICATION MANAGEMENT PROGRAM**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **5/7/2018**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kathy A Dockery (TR)** efiling@CH13LA.com (Trustee)
**Hector Salcedo (Debtor) represented by** R Grace Rodriguez ecf2@lorgr.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov (U.S. Trustee)

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On   **5/7/2018**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Edward R. Roybal Fed. Bldng**
**255 E. Temple Street, Ste. 1552**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/7/2018 | R. Grace Rodriguez, Esq. | |
|---|---|---|
| Date | Printed Name | Signature |